IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ANTUANE D. DANIEL,            )
                              )
     Plaintiff,               )
                              )        CIVIL ACTION NO.
     v.                       )         2:25cv1023-MHT
                              )            (WO)
U.S. POST MASTER GENERAL,     )
                              )
     Defendant.               )
```

OPINION

Plaintiff filed this lawsuit asserting that a mail carrier failed to deliver important mail to him.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 20th day of April, 2026.

           /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE